# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

CYPRESS POINTE APARTMENTS, LLC,
and EASTWICK INVESTMENT, LLC,

    Plaintiff,

v.                                     Case No: 3:22-cv-481-DPJ-FKB

SILVERSTONE MANAGEMENT, LLC,
and OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY d/b/a OLD
REPUBLIC TITLE INSURANCE COMPANY

    Defendant.

## NOTICE OF REMOVAL

**COMES NOW**, Defendant, Silverstone Management, LLC ("Silverstone"), by and through undersigned counsel of record, pursuant to 28 U.S.C. §§ 1441 and 1446, without waiving any available defenses, and files this Notice of Removal. Silverstone hereby removes this action from the Chancery Court of Rankin County, Mississippi to the United States District Court for the Southern District of Mississippi, Northern Division. As grounds for removal, Silverstone would show the Court as follows:

1. This matter was originally filed in the Chancery Court of Rankin County, Mississippi on or about July 28, 2022, naming Silverstone as a party Defendant. A copy of Plaintiffs', Cypress Pointe Apartments, LLC ("Cypress Pointe") and Eastwick Investment, LLC ("Eastwick") (collectively, "Plaintiffs")), original state court Complaint is attached hereto as Exhibit "A", the complete state court record below to be filed pursuant to Appendix A of Procedures for Filing of Civil Case Opening Documents in CM/ECF By Attorneys in the Southern District of Mississippi.

1

2. This action purports to be one for breach of contract and declaratory relief.

3. Silverstone was purportedly served with a copy of the Complaint and attendant Summons on August 2, 2022. This Notice of Removal is hereby filed within thirty (30) days from the date Silverstone purportedly received notice of the suit and is therefore proper under 28 U.S.C. § 1446.

4. The parties to this action are completely diverse. Plaintiffs both plead that they are limited liability companies organized under the laws of the State of Mississippi. Upon information and belief, the Plaintiffs' members are residents of the State of Mississippi. Silverstone is a New Jersey limited liability company whose members are citizens of the State of New Jersey; as such, Silverstone is domiciled in New Jersey. Defendant, Old Republic National Title Insurance Company d/b/a Old Republic Title Insurance Company ("Old Republic") is a corporation organized and chartered under the laws of the State of Florida and with a principal place of business in Tampa, Florida. There exists complete diversity between the parties.

5. Pursuant to 28 U.S.C. § 1446(a)(2)(A), Old Republic consents to removal.

6. The Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) as the suit is between citizens of different states and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. Plaintiffs plead damages in an amount in excess of $1,000,000.00.

7. Venue of this removal action is proper pursuant to 28 U.S.C. § 1441(a) as this Court is the United States District Court for the district and division where the action is pending.

8. In accordance with 28 U.S.C. § 1446(a), true and correct copies of all pleadings filed to date in the state court action by any party are attached hereto as collective Exhibit "A".

9. In accordance with 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served by U.S. mail on counsel for the Plaintiffs and Defendant Old Republic, and a Notice of Filing of

Notice of Removal is being filed with the court from where this action originated, the Chancery Court of Rankin County, Mississippi. The necessary filing fees have been paid simultaneously with the filing of this Notice of Removal.

**WHEREFORE, PREMISES CONSIDERED**, Defendant, Silverstone Management, LLC, requests that this Court now REMOVE this Civil Action from the Chancery Court of Rankin County, Mississippi, and that further proceedings now be conducted in the United States District Court for the Southern District of Mississippi, Northern Division, as provided for and consistent with the laws of the United States of America.

DATED this 17th day of August 2022.

Respectfully submitted,

**GLANKLER BROWN, PLLC**

By: /s/S. Joshua Kahane
S. Joshua Kahane (MS #102085)
6000 Poplar Ave., Suite 400
Memphis, TN  38119
Phone: (901) 525-1322
Fax: (901) 525-2389

*Attorney for Silverstone Management, LLC*

3

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon the following parties by operation of the Court's ECF system and United States Mail, postage prepaid:

Hugh Ruston Comley
Sidney E. Lampton
Watkins & Eager, PLLC
400 East Capitol Street
P.O. Box 650
Jackson, Mississippi 39205
rcomely@watkinseager.com
slampton@watkinseager.com

*Attorneys for Plaintiffs*

G. Todd Burwell
Richard A. Eisenberger, Jr.
Burwell Eisenberger, PLLC
124 One Madison Plaza
Suite 2100
Madison, Mississippi 39110
tburwell@be-pllc.com

*Attorneys for Defendant, Old Republic*

                                                                /s/S. Joshua Kahane
                                                                 S. Joshua Kahane