IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CYPRESS POINTE
APARTMENTS, LLC, and
EASTWICK INVESTMENT,
L.L.C.                                                                                                          PLAINTIFFS

VS.                                                                      CIVIL ACTION NO. 3:22-cv-481-DPJ-FKB

SILVERSTONE
MANAGEMENT, LLC, and OLD
REPUBLIC NATIONAL TITLE
INSURANCE COMPANY d/b/a
OLD REPUBLIC TITLE
INSURANCE COMPANY                                                                           DEFENDANTS

## REPORT AND RECOMMENDATION

This matter is before the Court on the motion [19] to Strike Defendant Silverstone Management, LLC's ("Silverstone") counterclaim and defenses related to patios/balconies for failure to comply with a Court order, or alternatively, to preclude Silverstone from introducing evidence related to same ("Strike Motion"), filed by Plaintiffs Cypress Pointe Apartments, LLC, and Eastwick Investment, L.L.C. (together, "Cypress Pointe"). Having considered the matter, the undersigned recommends that Cypress Pointe's Strike Motion [19] be granted.

Cypress Pointe served Silverstone with interrogatories and requests for production of documents on November 18, 2022. *See* [14 & 15]. Silverstone failed to serve responses to the written discovery requests. To address Silverstone's failure to respond to discovery, Cypress Pointe requested a telephonic conference before the undersigned. At the January 5, 2023 telephonic discovery conference, Silverstone promised its discovery responses by January 13, 2023. Silverstone failed to serve responses as promised, and on January 19, 2023, Cypress

1

Pointe filed a motion [17] requesting an order compelling Silverstone to provide full and complete discovery responses. Silverstone filed no response to the motion to compel.

On January 30, 2023, the Court entered an order ("Order") compelling Silverstone to serve its responses to Cypress Pointe's written discovery requests by February 6, 2023. *See* [18]. Silverstone failed to meet this extended deadline, and on February 7, 2023, Cypress Pointe filed the Strike Motion [19], requesting that the Court strike Silverstone's counterclaim and defenses related to patios/balconies for failure to comply with the Court's Order. Silverstone did not file a response to the Strike Motion.

On March 13, 2023, the undersigned, *sua sponte*, ordered [20] Silverstone to show cause, on or before March 27, 2023, as to why the relief requested in the Strike Motion should not be granted. Silverstone failed to respond to the show cause order [20].

Under Fed. R. Civ. P. Rule 37(b)(2)(A)(iii), "If a party . . . fails to obey an order to provide or permit discovery, including an order under Rule . . . 37(a), the court where the action is pending may issue further just orders. They may include . . . (iii) striking pleadings in whole or in part."

The undersigned finds that striking Silverstone's counterclaim and defenses related to patios/balconies is appropriate under Fed. R. Civ. P. Rule 37(b)(2)(A)(iii), given the circumstances set forth above, in particular: (a) Silverstone's failure to comply with the Court's Order [18] compelling Silverstone to serve its responses to Cypress Pointe's written discovery requests by February 6, 2023; and (b) Silverstone's failure to respond to the Court's March 13, 2023 show cause order [20]. The undersigned, therefore, recommends that Cypress Pointe's

motion [19] be granted and that Silverstone's counterclaim and defenses related to patios/balconies be stricken.

The parties are hereby notified that failure to file written objections to the proposed findings, conclusions, and recommendation in this Report and Recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the proposed factual findings and legal conclusions accepted by the district court.  28 U.S.C. § 636; Fed. R. Civ. P. 72(b); *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

Respectfully submitted on the 4th day of April, 2023.

/s/ F. Keith Ball  
UNITED STATES MAGISTRATE JUDGE