UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CYPRESS POINTE APARTMENTS, LLC,
and EASTWICK INVESTMENT, L.L.C.                                                            PLAINTIFFS

V.                                                                           CAUSE NO:  3:22-CV-481-DPJ-FKB

SILVERSTONE MANAGEMENT, LLC                                                          DEFENDANT

## AGREED ORDER ON JOINT MOTION TO DISTRIBUTE INTERPLEAD FUNDS

**ON THIS DATE** came on for consideration the Joint Motion to Distribute Interplead Funds [44[ in the Court's Registry and, having considered said motion, the Court finds that Cypress Pointe Apartments, LLC and Eastwick Investment, L.L.C. (Collectively "Cypress Pointe") and Silverstone Management, LLC ("Silverstone") are entitled to the funds and interest/income held in the registry of the District Court.  Therefore, it is hereby,

**ORDERED AND ADJUDGED** that the Clerk of Court is hereby authorized and directed to immediately disburse from the funds heretofore tendered into the Registry of the Court and any and all accrued interest/income to Cypress Pointe and Silverstone as agreed to in their *Confidential* Settlement Agreement and Mutual Release, less any fees pursuant to 28 USC § 1914 and as prescribed by the Judicial Conference of the United States, as follows:

1. 72.73% of all funds made payable to:  Cypress Pointe Apartments, LLC and Eastwick Investment, L.L.C.; and

2. 27.27% of all funds made payable to:  Silverstone Management, LLC.

**SO ORDERED AND ADJUDGED**, this the 17th day of August, 2023.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE

AGREED:

/s/ *H. Rusty Comley*
H. RUSTY COMLEY, ATTORNEY FOR
PLAINTIFFS, CYPRESS POINTE
APARTMENTS, LLC AND EASTWICK
INVESTMENT, L.L.C.


/s/ *Benjamin B. Morgan*
BENJAMIN B. MORGAN, ATTORNEY
FOR SILVERSTONE MANAGEMENT, LLC